1 | Name and Address El Qu'Zayd Bey
2 | -54.5260° N, 105.2551° W
3 | C/o [5837 Comstock Avenue Apartment 13 Whittier, California 90601]

FILED
AUG 15 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA LB

CV 18 4945

Case No.

El Qu'Zayd Bey
Plaintiff/Petitioner

vs.

California State Govenor
Defendant/Respondent
Jerry Brown

Document Name:

The Affidavit to Correct the Record; Declaration Of Nationality (Complaint)

*AFFIDAVIT TO CORRECT THE RECORD*

# THE AFFIDAVIT TO CORRECT THE RECORD; DECLARATION OF NATIONALITY

MUURISH CALENDER: 1ST DEY 8TH CYCLE 1439: GREGORIAN CALENDER: - MAY 10TH, 2018

# MANDATORY FILING - TITLE 28 U.S.C. § 1746

The Indigenous Trust Instrument Authorized by the Grantor – the: El Qu Zayd Bey, for the present and the future well-being for the Beneficiaries of the Grantor – the mate; the daughter; the son; the man; the woman Authorized by the Grantor.

28 U.S. Code § 1746 – Unsworn declarations under penalty of perjury – "Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form: (1)   If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)". (2)   If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)".

*AFFIDAVIT TO CORRECT THE RECORD*

  

## *SOCIETAS REPUBLICAE ESTADOS AL MAURIKANOS*

*The Original People with the America; The Heirs for the Ancestral Estate with the Magrib Al aqca – The North America - 54.5260° N, 105.2551° W; The South America - 8.7832° S, 55.4915° W; The Central America - 12.7690° N, 85.6024° W.*

## *LEGAL NOTICE!*
## *DECLARATION OF NATIONALITY, NAME CORRECTION, PROCLAMATION AND PUBLICATION*

**To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:**

*I Am:* **El Qu Zayd Bey,** *being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:*

*I, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name,* **"REGINALD LAMAR BURGIN,"** *do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Ancestral Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of the Zodiac Constitution; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Ancient Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am:* **El Qu Zayd Bey,** *'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:*

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
(Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
Moorish American Credentials: AA 222141- **TRUTH A-1**

3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State

4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

**Wherefore, I : El Ou Zayd Bey,** being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

*Upon* my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, : **El Ou Zayd Bey,** being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to the Moorish Nation my Aboriginal Indigenous Nation-State - being the archaic Aboriginals / Indigenes of Amexum (the Americas); standing squarely affirmed upon my Oath to my family 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

*That I :* **El Ou Zayd Bey,** Am a Noble descendant of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

**The** Al Moroccan (American) Continents - are the Land of the Aboriginal peoples of Moorish Descent; being North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right. Being of Moorish Descent, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or

3

ABORIGINAL AND INDIGENOUS PEOPLES' DOCUMENTS: NORTHWEST AMEXUM / NORTHWEST AFRICA / NORTH AMERICA / - CONTINENTAL UNITED STATES REPUBLIC

*AFFIDAVIT TO CORRECT THE RECORD*

*acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.*

***Autochthon Peoples of Moorish Descent*** *Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Ancient Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire. Moors / Muurs are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D. = 1201 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. Said Constitution established the Peoples' 'Supreme Law of the Land' to secure the Rights of the People, and to keep Government bound and in check by Official Oath, and by Official Bond. Down from the Ancients Ones, our Primogenitors, comes the Supreme Law of the Land!*

***Egypt****, The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present **Moroccan Empire**. With their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present **North, South** and **Central America** and also **Mexico** and the **Atlantis Islands**; before the great earthquake, which caused the great Atlantic Ocean.*

***The 'Great Seal Pyramid'*** *is the 'National Emblem and Insignia' of my Ancestral Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by, El Hajj Shariff Abdul Ali (Noble Drew Ali), to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.*

***The*** *Noble descendants of Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, **Ali, El, Bey, Dey, Al and all future titles created**. The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and*

4

**ABORIGINAL AND INDIGENOUS PEOPLES' DOCUMENTS: NORTHWEST AMEXUM / NORTHWEST AFRICA / NORTH AMERICA / - CONTINENTAL UNITED STATES REPUBLIC**

*AFFIDAVIT TO CORRECT THE RECORD*

*the 'Acts of State' to wit:*

**"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory..."**

**The** *present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v. Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free— were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction. The True Nobles of the Al Moroccan Empire are Indigenous, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag (Standard) -* **Love, Truth, Peace, Freedom,** *and* **Justice.** *The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (Indigenes Not Taxed) and maintain a NON– OBLIGATORY respect for the Union States Rights Republic (U.S.A.), its members, its laws; its ordinances; its codes; it customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1786) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations* **"Declaration of the Rights of the Child"** *General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16) at 19, U.N. Doc. A/4354 (1959); The United Nations* **"Universal Declarations on Human Rights"** *Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.;* **"Executive Order 13107"**—*United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.*

**Furthermore,** *I Assert My full Birthrights - Nationality and Substantive Rights and claim to Hereditaments - Being an Autochthon of America (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1786 / 1836; The Sundry Free Moors Act of 1790; The 1791 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 - 1863); The 1854 Roman Catholic Magna Carta; the Knights of Columbus Code; The Ku Klux Klan Oath;*

5

*AFFIDAVIT TO CORRECT THE RECORD*

*The United Nations Charter, Article 55(c); The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:*

1. *The Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police cannot make void the exercise of Rights.* **State v. Armstead, 60 s. 778, 779, and 781:**

2. *The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived.* **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:**

3. *The Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution.* **Kent v. Dulles 357 US 116, 125:**

4. *The Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness.* **Thompson v. Smith 154 SE 579:**

5. *State Police Power extends only to immediate threats to public safety, health, welfare, etc.,* **Michigan v. Duke 266 US, 476 Led. At 449:** *which driving and speeding are not.* **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):**

6. *The state is prohibited from violating Substantive Rights.* **Owens v. City, 445 US 662 (1980);** *and it cannot do by one power (e.g. Police Power) that which is, for example, prohibited expressly to any other such power (e.g. Taxation / Eminent Domain) as a matter of Law.* **US and UT v. Daniels, 22 p 159,** *nor indirectly that which is prohibited to it directly.* **Fairbanks v. US 181, US 283, 294, 300:**

7. *Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (e.g. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses.* **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**

8. *Under the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself.* **Mugler v. Kansas 1213 US 623, 659—60:**

9. *Where Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them.* **Miranda v. Arizona 384 US 436, 125:**

10. *The claim and exercise of Constitutional Rights cannot be converted into a crime.* **Miller v. Kansas 230 F 2nd 486, 489:**

11. *For a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or*

*penalty imposed on one because of this Constitutional Right.* **Sherer v. Cullen 481 F. 945:**

12. *If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed.* **Louisville v. Motley 211 US 149, 29S. CT 42.** *"The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".*

13. *"Lack of Federal Jurisdiction cannot be waived or overcome by agreement of parties".* **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** *and "Want of Jurisdiction may not be cured by consent of parties".* **Industrial Addition Association v. C.I,R., 323 US 310, 313.**

**Whereas**, *In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues. And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offense.*

**Whereas**, *there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Policeman or others for traveling with no commercial driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights. It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.*

**That** *the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void.* **Marbury v. Madison 5 U.S. 137, 174, 176 (1803).** *Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:*

### Title 18, Part 1, Chapter 13 §241 of United States Codes of Law:

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...*

*If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be*

7

*sentenced to death.*

### Title 18, Part 1, Chapter 13 §242 of United States Codes of Law:

***Whoever***, *under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

### TITLE 18 Chapter 50A OF THE United States Codes – GENOCIDE:
- *§ 1091 – Genocide*
- *§ 1092 - Exclusive remedies*
- *§ 1093 – Definition*

***Therefore***, *in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defense of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I:* **El Ou Zayd Bey,** *hereby, Demand the enforcement of the De jure Laws of the Continental United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and* **"Executive Order 13107"** *- United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I:* **El Ou Zayd Bey,** *hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I:* **El Ou Zayd Bey,** *be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.*

***Wherefore*** *all parties of interest are Authorized by this Writ/Affidavit, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Moor / Autochthon. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged via Do Not Stop Do Not Detain List. The Divine Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Feudal Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom*

8

**ABORIGINAL AND INDIGENOUS PEOPLES' DOCUMENTS: NORTHWEST AMEXUM / NORTHWEST AFRICA / NORTH AMERICA / - CONTINENTAL UNITED STATES REPUBLIC**

*of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law. All available and appropriate measures are to be taken to prevent damage by injustice, harm, false arrest, trumped –up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and Dignity.*

**Explicit** *Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I:* **El Ou Zayd Bey,** *Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally nunc pro tunc. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known... :*

**Represent** *means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize an Aboriginal American ; as they are not of the same Nation- State, Customs, and National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not original/natural to the Land (America) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can* **'Present'** *'Self'!*

*I:* **El Ou Zayd Bey,** *In Full Life, born of a natural Mother, not a decedent(deceased), but the infant/grantor, owner of the public trust the,* **"REGINALD LAMAR BURGIN ™©",** *I:* **El Ou Zayd Bey** *, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.*

*Spirit is Law, Law is Nature, Nature is Family, and Family is Government*
*All Rights Reserved Without Prejudice / Recourse; Allodial Claim.*

9

# WRIT OF THE ARTICLES FOR THE ORGANIZATION OF THE INDIGENOUS UN-INCORPORATED-ASSOCIATION;

*For the Harmony with the United Nations Declaration on the Rights of Indigenous Peoples Resolution – adopted by the General Assembly 61/295 – 107th Plenary Meeting September 13, 2007.*

***Encouraging States to comply with and effectively implement all their obligations as they apply to indigenous peoples under international instruments, in particular those related to human rights, in consultation and cooperation with the peoples concerned,***

***Article. 1 - Indigenous peoples have the right to the full enjoyment, as a collective or as individuals, of all human rights and fundamental freedoms as recognized in the Charter of the United Nations, the Universal Declaration of Human Rights4 and international human rights law.***

***Article 37. 1 - Indigenous peoples have the right to the recognition, observance and enforcement of treaties, agreements and other constructive arrangements concluded with States or their successors and to have States honour and respect such treaties, agreements and other constructive arrangements.***

***Article. 5 - Indigenous peoples have the right to maintain and strengthen their distinct political, legal, economic, social and cultural institutions, while retaining their right to participate fully, if they so choose, in the political, economic, social and cultural life of the State.***

**MUURISH CALENDER: 1ST DEY 8TH CYCLE 1439: GREGORIAN CALENDER: - MAY 10TH, 2018**

WRIT

**THESE ARE THE FACTS:**

The Religious Association derives the Authority from the El Qu Zayd Bey; The Rightful Heir to America, being the descendant of the Ancient Moorish Empire by pedigree.

1. The Articles for the Association is completed for the El Qu Zayd Bey; the Indigenous Beings in Propria Persona; Sui Juris; Sui Haeredes; Solo Proprio; 'Grantor/Beneficiary" hereafter:

2. The name of the Indigenous Religious Organization is the "EL QU ZAYD BEY TRUST™©"; - Trustee Hereafter.

3. The mailing location of responsible party is, Magrib Al aqça, Morocco; North America c/o [5837 Comstock Avenue Apartment 13 Whittier, California 90601].

4. The Date of Creation is the 1st Dey 8th Cycle with the year 1439 MC [in concurrence with the Christian calendar, May 10th, 2018].

5. The Grantor Authorizes the Trustee under these terms to claim title, to request a certified copy of title, and to transfer title to all property in the name of, "EL QU ZAYD BEY ™©".

**THE GOVERNING LAW:**

The Religious Non-Profit Organization is governed pursuant to the Treaty of Peace and Friendship between Morocco and the United States of America signed July 15, 1786; 1836 Amendment. In harmony with the American Constitution 1791, specifically Article 6 – Supremacy Clause; Article 3 sec 2 – Diversity of Citizenship.

**JURISDICTION:**

The jurisdiction of The Religious Non-Profit Organization is within the Ancestral Moorish Dominions of, Magrib Al aqça, Morocco; North America; 54.5260° N, 105.2551° W; South America - 8.7832° S, 55.4915° W; Central America - 12.7690° N, 85.6024° W; Modernly today [California] 36° 46'41.7324", 119° 25'4.5516" W, a State Republic.

1

INDIGENOUS PEOPLES' DOCUMENTS: NORTHWEST AMEXUM / NORTHWEST AFRICA / NORTH AMERICA - ORGANIC CONTINENTAL UNITED STATES REPUBLIC.



WRIT

**MISSION STATEMENT:**

"*EL QU ZAYD BEY ™©*", *is a The Religious Non-Profit Organization for Indigenous Peoples that helps support the missionary work of uplifting fallen humanity by bringing the true Indigenous families of the Americas back to the Ancient Customary Laws of the Moorish Empire; the gaining the preservation and the passing down of our Moorish Religion and Culture to my future generations*.

**PURPOSE:**

*The primary objective of The Religious Non-Profit Organization is to function as an Organ of the Moorish Empire and hold legal title to all activities/assets tangible and intangible. In trust irrevocably, including all Indigenous services/businesses of all kinds for all subsidiaries and DBA(s) (doing business as) entities and affiliate Entities of "EL QU ZAYD BEY TRUST ™©".*

_____

*The Affidavit of this Association is incorporated as the Authority of this Indigenous-Association. Any other amendments to the Affidavit can only be made by; the Heir/Beneficiary; an Indigenous Being of Moorish Descent.*

- *Pursuant to The Declaration on the Rights of Indigenous Peoples enacted by the Organization of American States which the United States and all its Departments are subject to All Articles incorporated*
- *Pursuant to the Articles of Confederation November 15, 1777.*
- *Pursuant to the Treaty of Peace and Friendship, 1786, 1836 Amendment*
- *Pursuant to the Zodiac Constitution AA222141 Library of Congress.*
- *Pursuant to the Divine Constitution and By-Laws of the Moorish Science Temple of America.*

*I the, El Qu Zayd Bey, am with the age of the majority authorize the affidavit with the facts herein.*

2.

INDIGENOUS PEOPLES' DOCUMENTS: NORTHWEST AMEXUM / NORTHWEST AFRICA / NORTH AMERICA - ORGANIC CONTINENTAL UNITED STATES REPUBLIC.





**WRIT**

*I the: El Qu Zayd Bey; am with the mental competency to authorize the Official Affidavit of Facts for the Record.*

*I the: El Qu Zayd Bey; have the personal knowledge of the facts with the affidavit.*

*This Articles of Organization is made under the penalties of the perjury and stands as the Authorization of the formation of this Religious Association as the matter of the law and of the fact.*

### JURAT:

*I, the, El Qu Zayd Bey; affirm under the penalty of the perjury under the laws of the **Moorish Empire** being in harmony with the American Constitution 1791, that the foregoing is true and correct to the best of my knowledge.*

I am: _El Qu Zayd Bey_    All Rights Reserved and Retained
The: El Qu Zayd Bey; the **Grantor; Beneficiary**

*Contact #818-939-4438*

County _Los Angeles_ (Attorney) State _California_    Sworn and Subscribed before Me _Authorized Representative_ this [day] _13th_ [month] _August_ [year] _2018_

Notary Signature _Lawrence Fernandez_    Commission Expiration Date _01/22/2020_

**LAWRENCE FERNANDEZ JR**
**COMM. #2140568**
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
My Comm Expires Jan 22, 2020

**PREPARER** – the: El Qu Zayd Bey; - the Indigenous Being.
Ancestral Estate: Maghrib Al Aqca/Morocco - North, South, Central America.

c/o [5837 Comstock Avenue Apartment 13 Whittier, California 90601].

3

***INDIGENOUS PEOPLES' DOCUMENTS: NORTHWEST AMEXUM / NORTHWEST AFRICA / NORTH AMERICA - ORGANIC CONTINENTAL UNITED STATES REPUBLIC.***